Diana Jean VANDERKAMP et al. *v.* STATE of Arkansas

706 S.W.2d 396

Supreme Court of Arkansas
Opinion delivered April 14, 1986

*James E. Davis*, for appellants.

*Steve Clark*, Att'y Gen., by: *Theodore Holder*, Asst. Att'y Gen., for appellee.

PER CURIAM. The appellants have filed a motion for a rule to require the Clerk to file the record in this case. It appears that the record was tendered a day late. The appellants' attorney, James E. Davis, accepts full responsibility for the delay.

This is a sufficient reason for accepting the record. See our per curiam opinion of February 5, 1979. 265 Ark. 964. The motion is accordingly granted.

A copy of this opinion will be sent to the Committee on Professional Conduct.

PURTLE, J., not participating.